# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARTIN MAGALLON,<br><br>        Defendant. | 2:21-CR-272-JAD-DJA<br><br>**Final Order of Forfeiture** |

        The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 924(d)(1), (2)(C), and (3)(C) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Martin Magallon to the criminal offenses, forfeiting the property set forth in the Memorandum in Support of Plea and the Forfeiture Allegations of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Martin Magallon pled guilty. Superseding Criminal Indictment, ECF No. 38; Memorandum in Support of Plea, ECF No. 110; Change of Plea, ECF No. 115; Preliminary Order of Forfeiture, ECF No. 116.

        This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

        This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 12, 2023, through June 10, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 117-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 119.

On June 16, 2023, the United States Attorney's Office served Amanda Santos or Amanda Dehaven with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 119-1, p. 3, 5-17.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. Glock 45, 9mm semi-automatic pistol bearing serial number BTUD635 equipped with a Glock selector switch attached;
2. a Glock 26 Gen 4, 9mm semi-automatic pistol bearing serial number WUH775 equipped with a Glock selector switch attached;
3. 2 Glock selector switches;
4. Daniel Defense, DD5, multi-caliber rifle bearing serial number DD5 002380;
5. one personally made firearm;
6. a Springfield Armory, XD, 45 caliber semi-automatic pistol bearing serial number US744436;
7. 2 Glock selector switches;
8. Winchester, 12-guage shotgun bearing serial number N1039055;

9. Adams Arms, AA-15 multi caliber rifle bearing serial number AA0005558;
10. Winchester, 1300 Defender, 12-gauge shotgun bearing serial number L2895478;
11. CZ, 2075 RAMI, 9 mm semi-automatic pistol bearing serial number D218317;
12. Sportsman derringer type .22 caliber pistol bearing serial number 018321;
13. Rohm Gesellschaft, RG 31, .38 special caliber revolver bearing serial number 016466;
14. 3 Glock selector switches;
15. 5 Glock selector switches;
16. 2 AR-style personally made firearms;
17. Glock 43x, 9mm caliber pistol bearing serial number BNUK234;
18. Diamondback, DB15, 5.56 caliber rifle bearing serial number "DB2025945" with an attached 30 round magazine;
19. 30 rounds 5.56 ammunition;
20. seventeen 7.62 caliber ammunition containing the headstamp "S&B," "7.62x51" and "21";
21. one .223 caliber ammunition containing the headstamp "Winchester" and "223 REM";
22. three .223 caliber ammunition containing headstamp "GFL" and "223 REM";
23. five .223 caliber ammunition containing the headstamp "FC" and ".223"; and
24. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property shall be disposed of according to law.

/ / /

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED: August 9, 2023.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE